UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MAHER ARIF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; BRAD ELLISH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; BATMADAKH CHOIJIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND DAGVADOR BAYARSAIHAM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | 4:24-CV-04044-ECS<br><br>JUDGMENT OF DISMISSAL |

On September 29, 2025, the parties filed a Stipulation for Dismissal, Doc. 47. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice and with each party bearing their own attorneys' fees and costs.

DATED this 30th day of September, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE